IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  16-07875 |
| | ) | |
| Andrew and Julie Parker | ) | Chapter 13 |
| | ) | |
| | ) | Judge:  Benjamin Goldgar |
| Debtor(s) | ) | |

## AMENDED NOTICE OF HEARING

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Trustee Marilyn Marshall, 224 S. Michigan Ave., #800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor:**  Andrew and Julie Parker, 1315 E Joyce Ave. Palatine, IL 60074
**Creditor:** IRS, P.O. Box 7346, Philadelphia, PA 19101
**Additional Notice Address:** Dr. Patrick Mullarkey, Tax Division, Ben Franklin Station, P.O. Box 55, Washington, DC 20044
**Additional Notice Address:** IRS, Associate Area Counsel, SB/SE, 200 West Adams Street, Ste. 2300, Chicago, IL 60606
**Additional Notice Address:**  Renita Cannon, Bankruptcy Specialist, Internal Revenue Service, 230 S. Dearborn, Room 2600, M/S 5014CHI, Chicago IL, 60604
**and served upon the following parties via Certified Mail:**
United States Attorney, Civil Process Clerk, 219 S. Dearborn Street, Chicago, IL 60604

PLEASE TAKE NOTICE that on **August 2, 2016 at 9:30 a.m.**, I shall appear before the Honorable Judge Benjamin Goldgar at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 642, Chicago, Illinois, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:     /s/ David H. Cutler_
David H. Cutler

### Certificate of Service
I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on June 29, 2016, before the hour of 6:00 p.m.

By:     /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St, Skokie, IL 60076
Phone: (847) 673-8600

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 16-07875 |
| | ) | |
| Andrew and Julie Parker | ) | Chapter 13 |
| | ) | |
| | ) | Judge: Benjamin Goldgar |
| Debtor(s) | ) | |

**AMENDED MOTION TO OBJECT TO THE PROOF OF CLAIM
FILED BY THE INTERNAL REVENUE SERVICE**

NOW COMES the Debtors, by and through their attorneys, The Law Offices of Cutler & Associates, and hereby move this Honorable Court to enter an order reducing the priority portion of Proof of Claim 1 filed by the Internal Revenue Service, and in support thereof state as follows:

1. That the Debtors filed a petition for relief pursuant to Chapter 13 of Title 11 United States Code on March 7, 2016.

2. That the Debtors' plan has not yet been confirmed but has the tentative terms of $1,864 per month for 33 months, then $2,389 for 15 months, then $2,959 for 12 months, then finally $2,959 for the remainder of the plan with unsecured creditors receiving 100% of their allowed unsecured claims.

3. On June 28, 2016 the Internal Revenue Service filed an amended Proof of Claim, for a total claim of $256,308.70. Please see a copy of said Proof of Claim, hereto attached and marked as "Exhibit A".

4. The IRS claim lists that Joint Debtor, Mrs. Parker did not file taxes for 2012 and that for tax year 2010 it is marked as "Unassessed-No Return.

5. The Debtors' attorneys faxed the 2010 and 2012 taxes to the IRS administrator but to date the IRS has not filed an amended claim for these tax years.

6. The IRS claim alleges that the Debtor, Mr. Parkers owes $27,975 in priority debt for returns for the 2010 tax year and that the Joint Debtor, Mrs. Parker's 2010 taxes are Unassessed-No Return. Both Debtors filed a joint tax return for 2010 and per the return the amount owed was $16,929.96 and the taxes were faxed to the IRS administrator.

7. The Debtors filed their 2010 income tax return as a joint return and only owe the IRS $16,929.96 (see attached taxes "Exhibit B").

8. The Debtors are requesting that the priority portion of the claim be reduced by $11,045.04 based on the correct amount owed for the 2010 tax year.

9. That the bar date for the filing of regular claims is on 7/6/2016, and the bar date for filing of governmental claims is on 9/6/2016.

WHEREFORE, Debtors pray that this Honorable Court enter an Order for the following relief:

1. Reducing the priority portion of Proof of Claim 1 filed by the IRS in the amount of $11,045.04; and

2. For such other relief as this Court deems proper under the circumstances.

June 29, 2016      By:    By: /s/ David H. Cutler
                          David H. Cutler, esq.
                          Counsel for Debtor(s):
                          Cutler & Associates, Ltd.
                          4131 Main St,
                          Skokie, IL 60076
                          Phone: (847) 673-8600