```
Label Matrix for local noticing          U.S. Bankruptcy Court                    American InfoSource LP as agent for
0752-1                                   Eastern Division                          DIRECTV, LLC
Case 16-07875                            219 S Dearborn                            PO Box 5008
Northern District of Illinois            7th Floor                                 Carol Stream, IL  60197-5008
Chicago                                  Chicago, IL 60604-1702
Mon Jun 27 18:55:58 CDT 2016

Ashley Funding Services, LLC its successors   Capital One                         Capital One Bank (USA), N.A.
assigns as assignee of Laboratory             Attn: Bankruptcy                    PO Box 71083
Corporation of America Holdings               Po Box 30285                        Charlotte, NC  28272-1083
Resurgent Capital Services                    Salt Lake City, UT 84130-0285
PO Box 10587
Greenville, SC 29603-0587

Chase Auto Finance                       Citi                                      First Tech Fcu
National Bankruptcy Dept                 CitiCorp Credit Services/Attn:Centralize  3408 Hillview Ave
Po Box 29506                             Po Box 790040                             Palo Alto, CA 94304-1350
Phoenix, AZ 85038-9506                   saint Louis, MO 63179-0040

First Tech Federal Credit Union          Global Receivables Sol                    Illinois Collection Se
POB 2100                                 2703 N Highway 75                         8231 185th St Ste 100
Beaverton OR 97075-2100                  Sherman, TX 75090-2567                    Tinley Park, IL 60487-9356

Illinois Department of Revenue 1/15      Internal Revenue Service - 1/11           JPMorgan Chase Bank, N.A. National Bankruptc
Bankruptcy Section                       PO Box 7346                               P.O. Box 29505 AZ1-1191
PO Box 64338                             Philadelphia, PA 19101-7346               Phoenix, AZ 85038-9505
Chicago, IL 60664-0338

Med Business Bureau                      US Department of Education                (p)US BANK
1460 Renaissance Dr                      Claims Filing Unit                        PO BOX 5229
Suite 400                                PO Box 8973                               CINCINNATI OH 45201-5229
Park Ridge, IL 60068-1349                Madison, WI 53708-8973

Us Dept of Ed/Great Lakes Educational Lo  Andrew J Parker                          David H Cutler
2401 International                        1315 E Joyce Ave                         Cutler & Associates, Ltd.
Madison, WI 53704-3121                    Palatine, IL 60074-5723                  4131 Main St.
                                                                                   Skokie, IL 60076-2780

Julie A Parker                            Marilyn O Marshall                       Patrick S Layng
1315 E Joyce Ave                          224 South Michigan Ste 800               Office of the U.S. Trustee, Region 11
Palatine, IL 60074-5723                   Chicago, IL 60604-2503                   219 S Dearborn St
                                                                                   Room 873
                                                                                   Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Us Bank                                   End of Label Matrix
Attn: Bankruptcy                          Mailable recipients    23
Po Box 5229                               Bypassed recipients     0
Cincinnati, OH 45201                      Total                  23
```